JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**MICHAEL W. MITCHELL, TEXAS STATE BAR NO. 24037126**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID  83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: Mike.Mitchell@usdoj.gov

*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>  Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>  Defendant. | Case No. 1:23-CV-00257-DKG<br><br>**PARTIES THIRD STIPULATED MOTION TO STAY** |

The Parties in the above-captioned action have been actively engaged in discussions to determine whether this action may be resolved without further litigation.  In the interest of efficiency, the Parties jointly request that the Court extends the stay the action until November 1, 2023, while the Parties continue to investigate a potential resolution.

The Parties request that all proceedings in this matter, including all motions and the Defendant's Answer, be stayed through November 1, 2023, unless the Parties seek an extension of the stay on or before that date.  The Parties will update the Court as to their progress on or before November 1, 2023.  If the Parties determine that one or more of these matters cannot be

resolved and that the stay should not be extended, Defendant's deadline for an Answer will be November 15, 2023, and the Parties will submit litigation and discovery plans and request that the Court schedule a status or scheduling conference.

Any party may seek to have the stay lifted by filing a motion with the Court. A non-moving Party may oppose any such motion.

Respectfully submitted on this 27th day of September, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY


/s/ Michael W. Mitchell
MICHAEL W. MITCHELL
Assistant United States Attorney

*Attorneys for Defendant*


WESTERN WATERSHEDS PROJECT


/s/ Talasi Brooks
TALASI BROOKS

*Attorney for Plaintiff*

**THIRD JOINT MOTION FOR STAY** - 2